| | |
|---|---|
| 1 | BRENDAN HALLINAN No. 232052 |
| | 819 Eddy Street |
| 2 | San Francisco, California 94109 |
| | Telephone: (415) 771-6174 |
| 3 | |
| | Attorney for Defendant |
| 4 | ALFONZO MUNOZ-REBULLIDA |

**FILED**

JAN 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR 06-70641 MAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TERMINATING ALFONZO MUNOZ-REBULLIDA'S |
| v. | ) | PRETRIAL RELEASE SUPERVISION |
| | ) | |
| ALFONZO MUNOZ-REBULLIDA, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The undersigned hereby stipulate that defendant Alfonzo Munoz-Rebullida's release conditions be modified as follows: Defendant will not longer be supervised by Pretrial Services, and all travel restrictions are hereby lifted. All other conditions of his release remain in effect.

It is so stipulated.

Dated: January 16, 2008          /s/ _____
                                 Brendan Hallinan
                                 Counsel for Defendant Rebullida


Dated: January 16, 2008          /s/ _____
                                 Thomas Mazzucco
                                 Assistant U.S. Attorney

STIPULATION AND ORDER TERMINATING ALFONZO MUNOZ-REBULLIDA'S PRETRIAL SUPERVISION

1

## ORDER

Defendant ALFONZO MUNOZ-REBULLIDA'S release conditions are modified as follows:

1. Defendant will no longer be supervised by Pretrial Services;
2. All travel restrictions are removed.

Defendant is to comply with all other conditions of his release.

SO ORDERED

Date: Jan 18, 2008

_____
U.S. District Court Magistrate

STIPULATION AND ORDER TERMINATING ALFONZO MUNOZ-REBULLIDA'S PRETRIAL SUPERVISION